1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

**FILED**

May 18, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7           IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-MJ-00073 BAM |
| Plaintiff, | **UNDER SEAL** |
| v. | |
| JOSHYMAR ESTRADA, | ORDER UNSEALING COMPLAINT AND ARREST WARRANT |
| Defendant. | |

        The United States having applied to this Court for a complaint and arrest warrant in the above-caption proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

        IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:    **May 18, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest
Warrant

1