PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>JOSHYMAR ESTRADA,<br><br>                   Defendant. | CASE NO. 1:22-CR-00149-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 18, 2023<br>TIME: 1:00pm<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 18, 2023.

2. By this stipulation, defendant now moves to continue the status conference until January 17, 2024, and to exclude time between October 18, 2023, and January 17, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

    b) The government has a newly assigned attorney to this matter, who provided defendant with a plea agreement on May 31, 2023.

   c) Counsel for defendant desires additional time to confer with his client about a possible resolution, to review discovery, conduct any additional investigation necessary as a result of the plea offer, and to otherwise prepare for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2023 to January 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 12, 2023

    PHILLIP A. TALBERT
    United States Attorney

    /s/ STEPHANIE M. STOKMAN
    STEPHANIE M. STOKMAN
    Assistant United States Attorney

    /s/ YAN SHRAYBERMAN

Dated:  September 12, 2023

    YAN SHRAYBERMAN
    Counsel for Defendant
    JOSHYMAR ESTRADA

**ORDER**

IT IS SO ORDERED.

DATED: 9/13/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge