PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOSHYMAR ESTRADA,<br><br>               Defendant. | CASE NO. 1:22-CR-00149-JLT-SKO<br><br>STIPULATION AND ORDER RE EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on March 20, 2024.

2.    By this stipulation, defendant now moves to vacate the status conference and set a jury trial date of September 10, 2024, and to exclude time between March 20, 2024, and September 10, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

    b)    The government provided defendant with a plea agreement and counsel for defendant has been engaged in discussions with the government regarding a potential resolution.

The parties believe a potential resolution can be made in this matter.

  c) Counsel for defendant desires additional time to confer with his client about a possible resolution, to review discovery, conduct any additional investigation necessary as a result of the plea offer, and to otherwise prepare for trial.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2024 to September 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 14, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: March 14, 2024

/s/ YAN SHRAYBERMAN

YAN SHRAYBERMAN
Counsel for Defendant
JOSHYMAR ESTRADA

## ORDER

IT IS SO ORDERED.

DATED: 3/14/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge