PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSHYMAR ESTRADA,<br><br>                              Defendant. | CASE NO.  1:22-CR-00149-JLT<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 10, 2024<br>TIME:<br>COURT: Hon. Jennifer L. Thurston |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.       By previous order, this matter was set for jury trial on September 10, 2024.

2.       By this stipulation, the parties now moves to vacate the jury trial and set a change of plea for September 3, 2024. Time has already been excluded until September 10, 2024.

//

//

//

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

/s/ YAN SHRAYBERMAN

Dated:  August 15, 2024

YAN SHRAYBERMAN
Counsel for Defendant
JOSHYMAR ESTRADA

# FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **August 15, 2024**

UNITED STATES DISTRICT JUDGE