CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Email: YanEsq@me.com

Attorney for Defendant
JONATHAN SOUVANNASANE

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOSHYMAR ESTRADA<br><br>Defendant. | **Case: 1:22-CR-00149 JLT-SKO**<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: December 2, 2024<br>TIME: 9:00 am<br>COURT: Hon. Jennifer L. Thurston |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for sentencing on December 2, 2024 in this Court.

2. By this stipulation, defendant now moves to continue the sentencing until **February 3, 2025**, and to exclude time between **December 2, 2024**, and **February 3, 2025**.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires additional time to discuss sentencing issues in this matter and the application of various enhancements to the sentencing.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 18, 2024          PHILLIP A. TALBERT
                                  United States Attorney
                                  /S/ STEPHANIE STOKMAN
                                  STEPHANIE STOKMAN
                                  Assistant United States Attorney

Dated: November 18, 2024          /s/ YAN SHRAYBERMAN
                                  YAN SHRAYBERMAN
                                  Counsel for Defendant

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:   **November 19, 2024**                    _____
                                                  UNITED STATES DISTRICT JUDGE